PAUL OGALESCO
11947 Camden Brook St
Las Vegas, NV 89183
February 5, 2010



WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
212 S. Jones Blvd.
Las Vegas, NV
89107

Re:  US BANKCRUPTCY RESPONSE   Case # 09-31516-lbr
In Re:  PAUL OGALESCO

It is my petition to this court that no removal of the automatic stay be permitted and that the automatic stay be fully supported and allowed to continue, as irreparable harm, financial brreakdown, emotional stress and certain damage in the form of denied rights to access to this  and other courts would ensue upon this petitioner if removed.

The property under consideration is the only house left and my primary residence.
 It is my understanding that DEUTSCHE BANK NATIONAL TRUST COMPANY  as trustee for MORGAN STANLEY CAPITAL  INC.  does not own and can not produce the Orginal Note which does not give them the legal standing to foreclose.

I am requesting that this court require said Deutsche Bank to prove beyond reasonable doubt that they indeed possess the Original Note that will make the Deed of Trust effective to pursue the foreclosure proceedings.

Paul Ogalesco  declares under penalty of perjury, the foregoing is true , and complete.


PAUL OGALESCO

                                                            Nevada   )
                                                                            SS.
                                                            Clark county   )

On the 8th day of February 2010, before me, Paul Ogalesco, proved to  me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same.


My commission expires: 6/6/2010

_____
Notary Public

# CERTIFICATE OF SERVICE OF NOTICE AND
# OPPOSITION TO MOTION FOR RELIEF OF AUTOMATIC STAY

RECEIVED AND FILED
FEB 8  11 24 AM '10
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

On February 8, I served the following document:

## OPPOSITION TO MOTION FOR RELIEF OF AUTOMATIC STAY

I served the above-named document by postage to the persons listed below:

Gregory Wilde, ESQ.
212 S. Jones Blvd
Las Vegas, NV 89107

MARK S. BOSCO, ESQ
2525 E. Camelback Road, Suite 300
Phoenix, AZ 85016

I declare under penalty of perjury that the foregoing is true and correct:

Signed on: February 8, 2010

PAUL OGALESCO

ANTHONY CARRILLO
Notary Public, State of Nevada
Appointment No. 06-107348-1
My Appt. Expires June 6, 2010