**Entered on Docket**
**April 01, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE7
09-78201

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-31516-lbr |
| Paul Ogalesco | Date:  3/22/10<br>Time: 10:00am |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

1

2        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4   Secured Creditor Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital

5   I Inc. Trust 2007-HE7, its assignees and/or successors in interest, of the subject property, generally

6   described as 862 Lady Marlene Avenue, Las Vegas, NV 89119, and legally described as follows:

7        LOT FOUR (4) IN BLOCK SEVEN (7) OF PARADISE VALLEY SOUTHGATE TRACT 5,
8   AS SHOWN BY MAP THEREOF ON FILE IN BOOK 8, OF PLATS, PAGE 46 IN THE OFFICE OF
    THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

9   //

10  //

11  //

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.**


DATED this _____ day of _____2010


Submitted by:

**WILDE & ASSOCIATES**

By: _N. Schutt_ #10235

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
pro se
Attorney for Debtor(s)

Nevada Bar No:_____


APPROVED / DISAPPROVED

By:_____
Lenard E. Schwartzer
701 Bridger Avenue #820
Las Vegas, NV  89101
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or     __x__ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or     _x___ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or     _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or     _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
_/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor